# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Reginald C. Howard,<br><br>　　　Plaintiff<br><br>v.<br><br>Greg Cox, et al.,<br><br>　　　Defendants | Case No.: 2:17-cv-01002-JAD-BNW<br><br>**Order Granting Motion to Extend Response Deadline**<br><br>[ECF No. 60] |

Defendants move to extend their deadline to respond to Reginald C. Howard's motion for summary judgment [ECF No. 58] to January 6, 2021.  Good cause appearing, IT IS HEREBY ORDERED that defendant's motion **[ECF No. 60] is GRANTED.  The deadline for defendants' response to Howard's motion for summary judgment [ECF No. 58] is extended** from December 31, 2020, **to January 6, 2021.**

　　　Dated: December 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　U.S. District Judge Jennifer A. Dorsey