# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Reginald C. Howard,<br><br>Plaintiff<br><br>v.<br><br>Greg Cox, et al.,<br><br>Defendants | Case No.: 2:17-cv-01002-JAD-BNW<br><br>**Order Granting Motion to Extend Reply Deadline**<br><br>[ECF No. 76] |

Defendants move to extend their deadline to file a reply in support of their motion for summary judgment to February 10, 2021.  Good cause appearing, IT IS HEREBY ORDERED that defendant's motion **[ECF No. 76] is GRANTED.**  The deadline for defendants' reply in support of their motion for summary judgment is extended to February 10, 2021, making their reply filed on that date [ECF No. 77] timely.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 23, 2021