UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Reginald C. Howard,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Greg Cox, et al,<br><br>　　　　　Defendants. | Case No. 2:17-cv-01002-JAD-BNW<br><br>**Order to Produce Reginald C. Howard #13891** |

TO: CALVIN JOHNSON, WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV

THE COURT HEREBY FINDS that Reginald C. Howard, #13891, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada. IT IS HEREBY ORDERED that the Warden of High Desert State Prison, or his designee, shall arrange for and produce by videoconference appearance, Reginald C. Howard, #13891, on Tuesday, June 14, 2022, at 2:00 PM, for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until Reginald C. Howard, #13891, is released and discharged by the said Court; and that Reginald C. Howard, #13891, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, Nevada., under safe and secure conduct.

**DATED: June 10, 2022.**

_____
**UNITED STATES DISTRICT JUDGE**