UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Reginald C. Howard,

        Plaintiff,

  v.

Lt. Grover,

        Defendant.

Case No. 2:17-cv-01002-JAD-BNW

**Order to Produce Reginald C. Howard #13891**

TO: NEVADA DEPARTMENT OF CORRECTIONS; and
TO: JEREMY BEAN, ASSOCIATE WARDEN, HIGH DESERT STATE PRISON, INDIAN SPRINGS, NV; and
TO: UNITED STATES MARSHAL FOR THE DISTRICT OF NEVADA AND ANY OTHER UNITED STATES MARSHAL

THE COURT HEREBY FINDS that **REGINALD C. HOWARD, #13891**, is presently in custody of the Nevada Department of Corrections, located at High Desert State Prison, Indian Springs, Nevada.

IT IS ORDERED that the Warden of High Desert State Prison, or his designee, shall transport and produce **REGINALD C. HOWARD, #13891**, to the Lloyd D. George United States Courthouse, 333 Las Vegas Boulevard, South, in Las Vegas, Nevada, on Tuesday, June 27, 2023, at the hour of 8:45 AM, in LV Courtroom 6D for the scheduled jury trial in the instant matter, and arrange for his appearance on said date as may be ordered and directed by the entitled above, until **REGINALD C. HOWARD, #13891**, is released and discharged by the court; and that **REGINALD C. HOWARD, #13891**, shall thereafter be returned to the custody of the Warden, High Desert State Prison, Indian Springs, NV, under safe and secure conduct.

//

//

1     **DATED: June 16, 2023**.

                                            _____
                                            **UNITED STATES DISTRICT JUDGE**