Travis N. Barrick, #9257
Nathan E. Lawrence, #15060
GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Blvd. S., #104
Las Vegas, Nevada 89101
tbarrick@vegascase.com
nlawrence@vegascase.com

Andrea L. Vieira, #15667
THE VIEIRA FIRM, PLLC
400 S. 7th Street, Suite 400
Las Vegas, Nevada 89101
andrea@thevieirafirm.com
Attorneys for Plaintiff Reginald C. Howard

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>  Plaintiff,<br><br>  v.<br><br>GREG COX, *et al.*,<br><br>  Defendants. | Case No.: 2:17-CV-1002-JAD-BNW<br><br>**STIPULATION AND<br>ORDER TO EXTEND TIME**<br><br>ECF No. 157 |

Plaintiff Reginald C. Howard, through his attorneys of record, and Defendant, Kyle Groover, through his attorneys of record, hereby submit their Stipulation to extend the time to respond to Plaintiff's Bill of Costs and Motion for Fees (ECF No. 155 & 156) until 8/11/23. This stipulation is based upon consideration of the summer vacation schedules and general professional courtesy.

| DATED this 18th day of July 2023. | DATED this 18th day of July 2023. |
|---|---|
| By: __/s/Leo Hendges_____<br>Leo T. Hendges, Esq.<br>Office of the Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, NV 89101<br>lhendges@ag.nv.gov<br>Attorney for Defendants | By: __/s/ Travis N. Barrick_____<br>Travis N. Barrick, # 9257<br>GALLIAN WELKER<br> & ASSOCIATES, L.C.<br>Attorneys for Plaintiff Reginald C. Howard |

**IT IS SO ORDERED.**

_____   7/27/23
U.S. District Judge Jennifer A. Dorsey