GALLIAN WELKER & ASSOCIATES, L.C.
Travis N. Barrick, NBN 9257
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: 702-892-3500
Facsimile: 702-386-1946
tbarrick@vegascase.com
nlawrence@vegascase.com

THE VIEIRA FIRM, PLLC
Andréa L. Vieira, NBN 15667
601 S. 7th Street
Las Vegas, Nevada 89101
Telephone: 702-820-5853
Facsimile: 702-820-5836
andrea@thevieirafirm.com
*Attorneys for Plaintiff Reginald C. Howard*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| REGINALD C. HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>GREG COX, *et al.*,<br><br>Defendants. | Case No.:  2:17-cv-01002-JAD-BNW<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE**<br><br>ECF No. 203 |

Plaintiff REGINALD C. HOWARD, by and through his attorneys of the law firms of GALLIAN WELKER & ASSOCIATES, L.C. and THE VIEIRA FIRM, PLLC, and all Defendants, collectively, by and through counsel, Aaron D. Ford, Attorney General of Nevada, hereby stipulate and agree to dismiss this matter with prejudice, each party to bear their own attorneys' fees and costs.

/ / /

**IT IS SO STIPULATED.**

DATED this 26ᵗʰ day of April 2024.

DATED this 26ᵗʰ day of April 2024.

GALLIAN WELKER & ASSOCIATES, L.C.

**AARON D. FORD, Attorney General**

/s/ Leo T. Hendges

Travis N. Barrick, Esq., NBN 9257
Nathan E. Lawrence, Esq., NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
nlawrence@vegascase.com
tbarrick@vegascase.com

THE VIEIRA FIRM, PLLC
Andréa L. Vieira, NBN 15667
601 S. 7th Street
Las Vegas, Nevada 89101
Telephone: 702-820-5853
Facsimile: 702-820-5836
andrea@thevieirafirm.com
*Attorneys for Plaintiff Reginald C. Howard*

Leo T. Hendges, Esq., NBN 16034
Senior Deputy Attorney General
Andrew C. Nelson, Esq., NBN 15971
Deputy Attorney General
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: 702-486-3095
Facsimile: 702-486-3773
Email: lhendges@ag.nv.gov;
        acnelson@ag.nv.gov
 - and -
Jeffrey M. Conner, Esq., NBN 11543
Chief Deputy Solicitor General
100 North Carson Street
Carson City, NV 89701-4717
(775) 684-1136 (phone)
(775) 684-1108 (fax)
jconner@ag.nv.gov
*Attorneys for Defendants*

**IT IS SO ORDERED.**

DATED:   4/29/24

DISTRICT COURT JUDGE

GALLIAN WELKER & ASSOCIATES, L.C.
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101
Telephone 702-892-3500